UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTOANETTE LAPPIN,<br><br>    Plaintiff,<br><br>v.<br><br>B. R. GUEST RESTAURANTS, et al.,<br><br>    Defendants. | 2:10-CV-1871-PMP-LRL<br><br>ORDER |

The Court having read and considered Defendants Two Roads Las Vegas, LLC and Elevenseven DC Vegas, LLC's fully briefed Motion to Dismiss and in the Alternative Motion for Summary Judgment (Doc. #19) and Plaintiff's Countermotion to Amend Complaint (Doc. #27), and good cause appearing,

**IT IS ORDERED that** Defendants' Motion to Dismiss and in the Alternative Motion for Summary Judgment (Doc. #19) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff's Countermotion for Leave to File Second Amended Complaint (Doc. #27) is **GRANTED** and the Amended Complaint attached to Plaintiff's Motion shall be filed by the Clerk of Court.

DATED: March 18, 2011.

_____
PHILIP M. PRO
United States District Judge