# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTOANETTE LAPPIN,

           Plaintiff,

vs.

B.R. GUEST RESTAURANT, *et al.,*

           Defendants.

Case No. 2:10-cv-01871-PMP-LRL

**ORDER**

    Before the court is Defendants' Elevenseven DC Las Vegas, LLC and Two Roads Las Vegas, LLC's Motion to Request Telephonic Appearance by Insurance Representative at ENE Conference (Dkt. #44). No response was filed, and the time for filing a response has expired. The request is made because the insurance representative assigned to this matter resides in New York, the Defendant has a significant retention and the amount in dispute is small. Based on these representations, and in the absence of an opposition from Plaintiff,

    **IT IS ORDERED** that Defendants' Elevenseven DC Las Vegas, LLC and Two Roads Las Vegas, LLC's Motion to Request Telephonic Appearance by Insurance Representative at ENE Conference (Dkt. #44) is **GRANTED**, and their insurance representative shall be available telephonically for the duration of the ENE scheduled on July 21, 2011.

    Dated this 9th day of May, 2011.

                                              Peggy A. Leen
                                              United States Magistrate Judge